# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)  KUGLER, ROBERT B. | 2. Court or Organization  United States District Court - District of New Jersey | 3. Date of Report  5/10/2012 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  United States District Judge - Active | 5a. Report Type (check appropriate type)  ☐ Nomination    Date  ☐ Initial    ☑ Annual    ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  01/01/2011  to  12/31/2011 |

**7. Chambers or Office Address**

Mitchell Cohen U.S. Courthouse
1 John F. Gerry Plaza, Box 889
Camden, New Jersey 08101

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,
checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Trust #1 |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| KUGLER, ROBERT B. | 5/10/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2011 | Self-Employed Stenographer |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **KUGLER, ROBERT B.** | 5/10/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KUGLER, ROBERT B. | 5/10/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Wells Fargo Bank | A | Interest | J | T | | | | | |
| 2. Franklin TempletonMutual Qualified Fund - Class Z | A | Dividend | J | T | | | | | |
| 3. Trust (Income Beneficiary) | C | Dividend | M | T | | | | | |
| 4. Partnership, Coins | | None | J | T | | | | | |
| 5. TD Bank | A | Interest | J | T | | | | | |
| 6. AIG Sun America | A | Interest | J | T | | | | | |
| 7. Trust (Trustee) | | | | | | | | | |
| 8. -Royal Dutch (Shell) | A | Dividend | K | T | | | | | |
| 9. -Vanguard Bond Fund | B | Dividend | K | T | | | | | |
| 10. -Vanguard NJ Tax Exempt | C | Dividend | K | T | | | | | |
| 11. -Vanguard Dividend Growth | B | Dividend | K | T | | | | | |
| 12. -Vanguard 500 Index Fund | B | Dividend | K | T | | | | | |
| 13. -Mortgage NJ Property | D | Interest | N | T | | | | | |
| 14. -Wells Fargo | A | Interest | K | T | | | | | |
| 15. -One Centennial Square | E | Dividend | N | W | | | | | |
| 16. Real Estate - (Collier County FL) | | | M | S | | | | | |
| 17. Real Estate - (Atlantic County, NJ) Parcel 1 | | | O | S | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KUGLER, ROBERT B. | 5/10/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Real Estate - Atlantic County, NJ) Parcel 2 | | | N | S | | | | | |
| 19. Real Estate - (Camden County, NJ) Parcel 1 | | | O | S | | | | | |
| 20. Real Estate - (Camden County, NJ) Parcel 2 | D | Rent | M | S | | | | | |
| 21. Real Estate - (Camden County, NJ) Parcel 3 | D | Rent | O | S | | | | | |
| 22. T Rowe Price Alaska 529 | B | Dividend | L | T | | | | | |
| 23. ING Direct | A | Interest | L | T | | | | | |
| 24. TD Bank | A | Interest | K | T | | | | | |
| 25. Pioneer Stock Fund | A | Dividend | J | T | | | | | |
| 26. Met Life (whole life) | A | Dividend | J | T | | | | | |
| 27. U.S. Savings Bonds | A | Interest | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

As to Part VII, Paragraph 3, I am an income beneficiary interest of a Trust established [redacted] and have a contingent interest in the corpus but have no power to direct, buy, sell or otherwise dispose of any assets. As of 12/31/11, the Trust invested in the following funds and securities: Exxon Mobil Corp., Verizon Communications, Public Service Enterprise Group, Inc., General Electric Co., Artio Global High Income Fund #1, Pimco Total Return Fund Institutional Shares, Vanguard Intermediate - Term Tax Exempt Fund, Fidelity Advisors Emerging Markets Income Fund Class 1, Wells Fargo Advantage International Bond Fund Class 15, American Century Equity Income Fund Class 1, Harbor Capital Appreciation Fund Class Inst. IShares Russell 2000, Munder Mid Cap Core Growth Fund Class Y, Touchstone Mid Cap Fund Class Y, Delaware Pooled Trust International Equity Portfolio, Harbor International Fund Class Institutional, Lazard Emerging Markets Portfolio, ING Real Estate Fund Class -1, Morgan Stanley Institutional International Real Estate Portfolio Class 1, Pimco Commodity Real Return Strategy Fund - Class 1.

As to Part VII, paragraph 4, the partnership is [redacted] is invested in gold coins.

As to Part VII, paragraph 16, the real estate is owned with another person and is an unimproved lot.

As to Part VII, paragraphs 7-15. I hold these investments only as Trustee U/W. I have no income interest in any asset and have only a contingent beneficial interest in the corpus. I have the authority to buy, sell, or otherwise dispose of the assets of this Trust. As to paragraph 15, the assets of One Centennial Square were sold on 1/3/12, and will be reflected in the 2012, report.

As to Part VII, paragraphs 17-27, these are owned [redacted]

As to Part VII, paragraphs 16-21, paragraph 16 (assessed $227,000), paragraph 17 (assessed $845,000), paragraph 18 (assessed $345,000), paragraph 19 (assessed $856,000), paragraph 20 (assessed $187,000), paragraph 21 (assessed $855,000), the tax equalization rate (average ratio of assessed to true value) is near 100%.

| Name of Person Reporting | Date of Report |
|---|---|
| KUGLER, ROBERT B. | 5/10/2012 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ ROBERT B. KUGLER**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544